## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JACOB VIGIL,**

        **Plaintiff,**

        **vs.**                                          **Civ. No. 19-72  LF/KK**

**JOHN DOE,**

        **Defendant.**

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*.  District of New Mexico Local Rule of Civil Procedure 41.1 provides:

> A civil action may be dismissed if, for a period of ninety (90) days, no steps are taken to move the case forward.  The Clerk will give written notice that the action may be dismissed thirty (30) days after the date of the notice, unless good cause is shown.

D.N.M.LR-Civ. 41.1. Plaintiff filed this action, along with a Motion to Proceed *in forma pauperis*, on January 25, 2019.  (Docs. 1, 2.)  On January 28, 2019, the Court entered a Memorandum Opinion and Order ("Order") granting Plaintiff's Motion. (Doc. 4.) In its Order, the Court noted that it "will not order service of Summons and Complaint on Defendant at this time because Plaintiff has not provided the Court with Defendant's name and address." (Doc. 4 at 2.) The Court further noted that it "will order service if Plaintiff files a motion for service which provides Defendant's name and address." (Doc. 4 at 2.) The record reflects that Plaintiff has not filed a motion for service and has otherwise failed to take any steps to move the case forward for more than a period of ninety days.

**IT IS THEREFORE ORDERED** that Plaintiff must provide the Court with a written explanation on or before **October 7, 2019**, demonstrating why he has not taken steps to move this case forward.  If Plaintiff fails to respond within the time allotted, this action will be dismissed without prejudice.

_____
**KIRTAN KHALSA**
**United States Magistrate Judge**