# THE UNITED STATES DISTRICT COURT FOR

FILED
UNITED STATES DISTRICT COURT

19 SEP 13 PM 1: 12

# THE DISTRICT OF NEW MEXICO

CASE NO: __19cv 72 - LF-KK

JACOB VIGIL, Plaintiff, vs. MARCUS GOLDFINCH, Defendant.

## FIRST AMENDED

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, JACOB VIGIL, sues Defendant MARCUS GOLDFINCH and avers as follows:

## INTRODUCTION

This is an action in law and equity for trademark infringement and false designation of origin under the Lanham Act, 15 U.S.C. § 1051, et seq., for dilution under the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c), violations of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1115(d), and for unfair competition under the common law. As set forth below, through its use of the Internet domain names:

Jacob Vigil, 1200 Landman Dr NE, Albuquerque, NM 87112 * Telephone (505) 359-0535

Timozman.com, Infiniteplanesociety.org, FlatEarthNetwork.live, FlatEarthReport.live, JacobKreist.com, and JacobVigil.me

Defendant has willfully infringed Plaintiff's trademarks, has acted as a cybersquatter by intending to profit from the goodwill associated with the mark and has unfairly competed with Plaintiff. Defendant registered these domains in bad faith, with malicious intent. These sites redirect to defamatory content and sites intended to confuse Plaintiff's subscribers, readers, and listeners.

These activities will continue unless enjoined by this Court.

## PARTIES

### 1.

### JACOB VIGIL

2. Plaintiff is an individual with a worldwide audience and readership, his principal place of business in Albuquerque, New Mexico.

3. Plaintiff is informed and believes that Defendant MARCUS GOLDFINCH is at one single corporate entity currently unknown to Plaintiff (the "Domain Name Holder") and (b) Defendant is a conscious, dominant, and active force behind the wrongful acts of the Domain Name Holder, which wrongful acts they have engaged in for their own individual gain and benefit.

## JURISDICTION AND VENUE

4. The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338 and 15 U.S.C. § 1121. The Court has supplemental jurisdiction over the common law claims under 28 U.S.C. § 1367(a).

5. Jurisdiction over the New Mexico common law counts is conferred upon this Court because there is a common nexus of operative facts giving rise to the substantial federal claims and to the state causes of action. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1338 to hear the state law claims which are joined with the federal trademark infringement and unfair competition claims.

6. Judicial economy, convenience, and fairness to the parties will result if this Court assumes and exercises its subject matter jurisdiction over all causes of action averred herein.

7. Venue lies in this judicial district pursuant to 28 U.S.C. § 1391 because: a. The claims arise in the District of New Mexico under 28 U.S.C. §§ 1391(b)(2) and 1391(c); and b. Defendant is doing business in the District of New Mexico by, among other things, selling their products or services within this district.

## FACTS COMMON TO ALL COUNTS

### A. Plaintiff's Proprietary Rights in the Tim Ozman, Infinite Plane Society, Flat Earth Report, Flat Earth Network, Jacob Kreist, Jacob Vigil

8. Plaintiff is an internationally known author, speaker, artist, and Internet radio personality. The name Tim Ozman has been used by Plaintiff in commerce and as a pseudo-name for fictional works for since April 1, 2010. He speaks on a talk show called the Flat Earth Report, on the Flat Earth Network, as Tim Ozman, a persona. Tim Ozman is the president of the Infinite Plane Society, online club and the title of Plaintiff's radio show, publishing company, and social media brand account name, and has been engaged in international commerce for over ten years as such.

9. The Defendant registered domain names consisting of the name used to commonly used to identify the Plaintiff. It was done with malice, to prevent the Plaintiff from registering his pseudo-name for promotional purposes. Defendant deliberately tarnished the name Tim Ozman by directing web traffic to their own websites posted with defamatory and confusing content.

10. The Defendant created hundreds of hours of video content intended to be confusing and defamatory regarding Plaintiff's trademarks.

11. The Defendant diverts consumers and listeners from the Plaintiff's online location to a site accessible under the domain name and harms the goodwill represented by the Plaintiff. This is done both for commercial gain and with the intent to tarnish or disparage the Plaintiff, thereby creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the site.

12. The intent to confuse was openly stated by the Defendant in the defamatory content, Defendant having said their goal was the removal of the Plaintiff from the Internet.

13.  The Defendant listed misleading and false contact information when applying for the registration of the domain names. This intentional failure to maintain accurate contact information indicates a pattern of such conduct". Registering multiple domain names using different combinations of names, addresses, and contact information constitute bad faith by the Defendant, done so they cannot be easily found.

14. The Defendant demonstrated a pattern of registration or acquisition of multiple domain names which the person knows are identical or confusingly similar to Plaintiff's, and moreover, that were distinctive at the time of registration.

15. The Defendant knew of the mark and acted in bad faith, and knowingly misappropriated the domains to do damage to the reputation of the Plaintiff.

16. The Defendant has a history of cybersquatting

17. The Defendant provided false contact information concerning his registration and use of the domain names (Used domain privacy)

18. The Defendant used the site to sell Plaintiff's copyrighted materials and to solicit donations.

19. The Defendant is a competitor for the same audience on Youtube and other video sharing sites as the Plaintiff.

20. The Defendant's use of a domain name caused actual confusion.

21. The content of the Defendant's website tarnished the reputation of the Plaintiff.

22. The amount of harm suffered by the plaintiff are not calculable.

## B. Defendant's Infringing Activities and Bad Faith Conduct

23. Upon information and belief, Defendant operates or has operated a commerce-related Web site on the World Wide Web at www.Timozman.com, Infiniteplanesociety.org, FlatEarthNework.live, Jacobvigil.me, and Jacobkreist.com, and a corresponding presence on Twitter.com, Facebook.com, and Youtube.com,  all in the name Tim Ozman and/or Infinite Plane Society.

A printout from WHOIS ICANN's database reflecting proxy and concealed registration information, and is attached hereto as Exhibit A and incorporated herein by reference for each of the domains infringed upon.

24. Plaintiff is informed and believes that Defendants have used Domain Protection Services, Inc. for the registration of the infringing domain names in an attempt to conceal their identity.

25. Plaintiff is informed and believes that Domain Protection Services, Inc. is in possession of Defendants' true identities and contact information.

26. Plaintiff must conduct preliminary discovery on Domain Protection Services, Inc. Domains By Proxy, LLC in order to discover Defendants' true identity.

27. Defendants' aforementioned unlawful acts are intended to, and are likely to, blur and erode the distinctiveness of the Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist brands and tarnish the reputation of Plaintiff and its famous marks and its products and services.

28. Defendants' aforementioned unlawful acts have caused, and will continue to cause irreparable harm to Plaintiff and his Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist marks, and to the business and substantial goodwill

represented thereby, and said acts damage will continue to damage Plaintiff unless restrained by this Court.

29. Plaintiff has no adequate remedy at law.

## COUNT I UNFAIR COMPETITION (15 U.S.C. 1125(a))

30. Plaintiff repeats and reavers each and every allegation of paragraphs 1 through 28 as though fully set forth herein. Plaintiff's trademark is entitled to protection under Section 43(a) of the Lanham Act.

31. Defendants' use and promotion marks confusingly similar to Plaintiff's marks have, and will likely continue to cause, confusion or cause mistake, or deceive as to the affiliation, connection, or association of Plaintiff with Defendants, or as to the origin, sponsorship or approval by Plaintiff of Defendants' goods and services.

32. Defendants' use of the accused mark constitutes a false description of origin, false or misleading description of fact, or false or misleading representation of fact as those terms are used in Section 43(a) of the Lanham Act.

33. Defendants' use of the designation Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist brands is without Plaintiff's consent or permission.

34. Plaintiff has been damaged by Defendants' use of the accused mark and will suffer irreparable harm.

## COUNT II CYBERSQUATTING 15 U.S.C. 1125(d)

35. Plaintiff repeats and reavers each and every allegation of paragraphs 1 through 28 as though fully set forth herein.

36. Upon information and belief, Defendants have a bad faith intent to profit from the registration and use of the Internet domain names Tim Ozman.com, InfinitePlaneSociety.com, JacobVigil.me, FlatEarthNetwork.live, FlatEarthReport.live, and Jacobkreist.com  by creating an association with Plaintiff's famous trademark as to source or sponsorship. These Internet domain names are confusingly similar to, and dilutes the distinctive quality of, Plaintiff's famous trademarks.

37. Plaintiff has been damaged by Defendants' unlawful use of the knowmore.com domain names and will suffer irreparable harm.

38. Defendants' acts, as aforesaid, are in violation of the Anticybersquatting Consumer Protection Act under Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d). COUNT III TRADEMARK DILUTION

39. Plaintiff repeats and reavers each and every allegation of paragraphs 1 through 28 as though fully set forth herein.

40. Plaintiff's Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist trademarks are famous marks and have become famous prior to Defendant's first use of the Internet domain names and marks in conjunction with its tradename and goods and services offered to the public as alleged.

41. Plaintiff's Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist trademarks are inherently distinctive to the public and the trade with respect to goods and services.

42. By such wrongful acts, defendants have, and unless restrained by the Court, will continue to cause serious irreparable injury and damage to Plaintiff and to the goodwill associated with Plaintiff's famous Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist marks by diluting and blurring their distinctive quality.

43. Defendant's aforementioned acts constitute willful dilution of Plaintiff's KNOW MORE trademark in violation of the Federal Trademark Dilution Act, codified at Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c). COUNT IV COMMON LAW UNFAIR COMPETITION.

44. Plaintiff repeats and reavers each and every allegation of paragraphs 1 through 29 though fully set forth herein.

45. This is a common law unfair competition claim for damages and injunctive relief.

46. Plaintiff is the prior user of the trademarks at issue.

47. Plaintiff's trademark is inherently distinctive or has acquired secondary meaning.

48. Defendants are using a confusingly similar trademark to identify similar goods marketed by them in competition with the Plaintiff in the same trade area where Plaintiff has established goodwill.

49. As a result of Defendants' actions, customer confusion is likely as to the source or sponsorship of Defendants' goods and services.

50. Plaintiff has been damaged by Defendant's aforementioned acts.

51. Plaintiff repeats and reavers each and every allegation of paragraphs 1 through 29 as though fully set forth herein.

52. Prior to Defendants' use of the Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist designations, Plaintiff and its predecessors have used the marks Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist in connection with the aforementioned services.

53. Plaintiff is informed and believes that Defendants had knowledge of the Plaintiff's aforesaid use of the Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist trademarks in connection with the aforementioned services in the United States.

54. Defendants' use and promotion of marks, which are confusingly similar to Plaintiff's marks, mislead and causes innocent consumers to mistakenly purchase Defendants' products and services supposing they are Plaintiff's products and services.

55. The Plaintiff has been damaged by the Defendants' unlawful actions.

**PRAYER FOR RELIEF WHEREFORE, PLAINTIFF prays that the Court issue an Order:**

A. Granting a preliminary and permanent injunction restraining Defendant,their officers, directors, principals, agents, servants, employees, successors and assigns, and all individuals acting in concert or participation with them, from using, on or in connection with any product or service, or the manufacture, importation, exportation, sale, offering for sale, distribution, advertising, promotion, labeling or packaging of any product or service, or using for any commercial purpose whatsoever:

(1) the designation Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist or similar terms;

(2) the Internet domain names TimOzman.com, Infiniteplanesociety.org, FlatEarthReport.live, FlatEarthNetwork.live, Jacobkreist.com, Jacobvigil.me

(3) any other designation that is likely to cause dilution of the distinctiveness of the Plaintiff's Tim Ozman, Infinite Plane Society, Jacob Vigil, Flat Earth Network, Flat Earth Report, and Jacobkreist marks or injury to plaintiff's business reputation; or

(4) any other name, mark or term likely to cause mistake in the mind of the public or to deceive the public into the belief that Defendant's business and/or products and/or services are in any way associated with or related to Plaintiff or its products and/or services;

B. Ordering the Domain Name Holder to relinquish all rights in the Internet domain names TimOzman.com, Infiniteplanesociety.org, FlatEarthReport.live, FlatEarthNetwork.live, Jacobkreist.com, Jacobvigil.me; and directing the Domain Name Holders or any other party in position to do so, to transfer the Internet domain names to Plaintiff;

C. Directing Defendant to account to Plaintiff for any and all profits derived by them from the sale of products or services through the use of the infringing marks or the accused domain names;

D. Awarding Plaintiff a monetary judgment against Defendants for the maximum damages allowable pursuant to 15 U.S.C. § 1125;

E. Awarding Plaintiff such other and further relief as the Court may deem just and proper.

Dated: ~~January 25, 2019~~

September 13, 2019

Respectfully submitted,

Jacob Vigil

1200 Landman Dr NE,

Albuquerque, NM 87112

Telephone (505) 359-0535

Jacob Vigil, 1200 Landman Dr NE, Albuquerque, NM 87112 * Telephone (505) 359-0535

# Exhibit A



**ICANN WHOIS**

ABOUT WHOIS    POLICIES    GET INVOLVED    WHOIS COMPLAINTS    KNOWLEDGE CENTER

timozman.com    [ Lookup ]

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

### Showing results for: TIMOZMAN.COM

Original Query: timozman.com

**Submit a Complaint for WHOIS**

WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

## Contact Information

| Registrant Contact | Admin Contact | Tech Contact |
|---|---|---|
| Name: Whois Agent | Name: Whois Agent | Name: Whois Agent |
| Organization: Domain Protection Services, Inc. | Organization: Domain Protection Services, Inc. | Organization: Domain Protection Services, Inc. |
| Mailing Address: PO Box 1769, Denver CO 80201 US | Mailing Address: PO Box 1769, Denver CO 80201 US | Mailing Address: PO Box 1769, Denver CO 80201 US |
| Phone: +1.7208009072 | Phone: +1.7208009072 | Phone: +1.7208009072 |
| Ext: | Ext: | Ext: |
| Fax: +1.7209758725 | Fax: +1.7209758725 | Fax: +1.7209758725 |
| Fax Ext: | Fax Ext: | Fax Ext: |
| Email: https://www.name.com/contact-domain-whois/timozman.com | Email: https://www.name.com/contact-domain-whois/timozman.com | Email: https://www.name.com/contact-domain-whois/timozman.com |

### Registrar

WHOIS Server: whois.name.com
URL: http://www.name.com
Registrar: Name.com, Inc.
IANA ID: 625
Abuse Contact Email: abuse@name.com
Abuse Contact Phone: +1.7203101849

### Status

Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited

### Important Dates

Updated Date: 2018-11-13
Created Date: 2017-11-26
Registrar Expiration Date: 2019-11-26

### Name Servers

ns1cvw.name.com
ns2fgp.name.com
ns3bgq.name.com
ns4blx.name.com

### Raw WHOIS Record

Domain Name: TIMOZMAN.COM
Registry Domain ID: 2192125418_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2018-11-13T13:12:41Z
Creation Date: 2017-11-26T13:14:31Z
Registra Jacob Vigil, 1200 Landman Dr NE, Albuquerque, NM 87112 * Telephone (505) 359-0535
Registrar: Name.com, Inc.
Registrar IANA ID: 625
Reseller:



**ICANN WHOIS**

ABOUT WHOIS    POLICIES    GET INVOLVED    WHOIS COMPLAINTS    KNOWLEDGE CENTER

infiniteplanesociety.org    Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service

## Showing results for: INFINITEPLANESOCIETY.ORG

Original Query: infiniteplanesociety.org

**Submit a Complaint for WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

## Contact Information

**Registrant Contact**
Name:
Organization: 1&1 Internet Inc
Mailing Address: , PA US
Phone:
Ext:
Fax:
Fax Ext:
Email:

**Admin Contact**
Name:
Organization:
Mailing Address: ,
Phone:
Ext:
Fax:
Fax Ext:
Email:

**Tech Contact**
Name:
Organization:
Mailing Address: ,
Phone:
Ext:
Fax:
Fax Ext:
Email:

## Registrar

WHOIS Server: whois.1and1.com
URL: http://registrar.1und1.de
Registrar: 1&1 Internet SE
IANA ID: 83
Abuse Contact Email:abuse@1and1.com
Abuse Contact Phone: +1.6105601459

## Status

Domain Status:clientTransferProhibited
https://icann.org/epp#clientTransferProhibited

## Important Dates

Updated Date: 2018-12-03
Created Date: 2018-10-03
Registry Expiry Date: 2019-10-03

## Name Servers

NS1045.UI-DNS.COM
NS1063.UI-DNS.DE
NS1063.UI-DNS.BIZ
NS1067.UI-DNS.ORG

## Raw WHOIS Record

```
Domain Name: INFINITEPLANESOCIETY.ORG
Registry Domain ID: D402200000007840565-LROR
Registrar WHOIS Server: whois.1and1.com
Registrar URL: http://registrar.1und1.de
Updated Date: 2018-12-03T03:46:10Z
Creation Date: 2018-10-03T09:25:15Z
Registry Expiry Date: 2019-10-03T09:25:15Z
Registrar Registration Expiration Date:
Registrar: 1&1 Internet SE
Registrar IANA ID: 83
```
Registra Jacob Vigil 1200 Eandmar Dr NE, Albuquerque, NM 87112 * Telephone (505) 359-0535
```
Registrar Abuse Contact Phone: +1.6105601459
Reseller:
Domain Status: clientTransferProhibited
```



**ICANN WHOIS**

ABOUT WHOIS    POLICIES    GET INVOLVED    WHOIS COMPLAINTS    KNOWLEDGE CENTER

flatearthnetwork.live    Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

*Showing results for: flatearthnetwork.live*

Original Query: flatearthnetwork.live

Submit a Complaint for
**WHOIS**
WHOIS Inaccuracy
Complaint Form
WHOIS Service
Complaint Form

WHOIS Compliance FAQs

# Contact Information

| Registrant Contact | Admin Contact | Tech Contact |
|---|---|---|
| Name: REDACTED FOR PRIVACY | Name: REDACTED FOR PRIVACY | Name: REDACTED FOR PRIVACY |
| Organization: Domain Protection Services, Inc. | Organization: REDACTED FOR PRIVACY | Organization: REDACTED FOR PRIVACY |
| Mailing Address: REDACTED FOR PRIVACY, REDACTED FOR PRIVACY CO REDACTED FOR PRIVACY US | Mailing Address: REDACTED FOR PRIVACY, REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY | Mailing Address: REDACTED FOR PRIVACY, REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY |
| Phone: REDACTED FOR PRIVACY | Phone: REDACTED FOR PRIVACY | Phone: REDACTED FOR PRIVACY |
| Ext: REDACTED FOR PRIVACY | Ext: REDACTED FOR PRIVACY | Ext: REDACTED FOR PRIVACY |
| Fax: REDACTED FOR PRIVACY | Fax: REDACTED FOR PRIVACY | Fax: REDACTED FOR PRIVACY |
| Fax Ext: REDACTED FOR PRIVACY | Fax Ext: REDACTED FOR PRIVACY | Fax Ext: REDACTED FOR PRIVACY |
| Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. | Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. | Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |

## Registrar

WHOIS Server: whois.name.com
URL: http://www.name.com
Registrar: Name.com, Inc.
IANA ID: 625
Abuse Contact Email: abuse@name.com
Abuse Contact Phone: +7.202492374

## Status

Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: redemptionPeriod
https://icann.org/epp#redemptionPeriod
Domain Status: inactive
https://icann.org/epp#inactive

## Important Dates

Updated Date: 2019-01-08
Created Date: 2017-11-26
Registry Expiry Date: 2018-11-26

## Name Servers



## ICANN WHOIS

ABOUT WHOIS | POLICIES | GET INVOLVED | WHOIS COMPLAINTS | KNOWLEDGE CENTER

flatearthreport.live     Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service

**Showing results for: flatearthreport.live**

Original Query: flatearthreport.live

Submit a Complaint for **WHOIS**
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

# Contact Information

| Registrant Contact | Admin Contact | Tech Contact |
|---|---|---|
| Name: REDACTED FOR PRIVACY | Name: REDACTED FOR PRIVACY | Name: REDACTED FOR PRIVACY |
| Organization: Domain Protection Services, Inc. | Organization: REDACTED FOR PRIVACY | Organization: REDACTED FOR PRIVACY |
| Mailing Address: REDACTED FOR PRIVACY, REDACTED FOR PRIVACY CO REDACTED FOR PRIVACY US | Mailing Address: REDACTED FOR PRIVACY, REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY | Mailing Address: REDACTED FOR PRIVACY, REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY REDACTED FOR PRIVACY |
| Phone: REDACTED FOR PRIVACY | Phone: REDACTED FOR PRIVACY | Phone: REDACTED FOR PRIVACY |
| Ext: REDACTED FOR PRIVACY | Ext: REDACTED FOR PRIVACY | Ext: REDACTED FOR PRIVACY |
| Fax: REDACTED FOR PRIVACY | Fax: REDACTED FOR PRIVACY | Fax: REDACTED FOR PRIVACY |
| Fax Ext: REDACTED FOR PRIVACY | Fax Ext: REDACTED FOR PRIVACY | Fax Ext: REDACTED FOR PRIVACY |
| Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. | Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. | Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how to contact the Registrant, Admin, or Tech contact of the queried domain name. |

## Registrar

WHOIS Server: whois.name.com
URL: http://www.name.com
Registrar: Name.com, Inc.
IANA ID: 625
Abuse Contact Email: abuse@name.com
Abuse Contact Phone: +1.2024923774

## Status

Domain Status: clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: autoRenewPeriod
https://icann.org/epp#autoRenewPeriod

## Important Dates

Updated Date: 2019-01-16
Created Date: 2018-01-16
Registry Expiry Date: 2020-01-16

## Name Servers

ns4tbk.name.com
ns1fgq.name.com
ns3fgg.name.com
ns2hfg.name.com

Jacob Vigil, 1200 Landman Dr NE, Albuquerque, NM 87112 * Telephone (505) 359-0535



# ICANN WHOIS

| ABOUT WHOIS | POLICIES | GET INVOLVED | WHOIS COMPLAINTS | KNOWLEDGE CENTER |

jacobkreist.com    Lookup

By submitting any personal data, I agree that the personal data will be processed in accordance with the ICANN Privacy Policy, and agree to abide by the website Terms of Service.

**Showing results for: JACOBKREIST.COM**

Original Query: jacobkreist.com

Submit a Complaint for WHOIS
WHOIS Inaccuracy Complaint Form
WHOIS Service Complaint Form

WHOIS Compliance FAQs

## Contact Information

### Registrant Contact
Name: Whois Agent
Organization: Domain Protection Services, Inc.
Mailing Address: PO Box 1769, Denver CO 80201 US
Phone: +1.7208009072
Ext:
Fax: +1.7209758725
Fax Ext:
Email: https://www.name.com/contact-domain-whois/jacobkreist.com

### Admin Contact
Name: Whois Agent
Organization: Domain Protection Services, Inc.
Mailing Address: PO Box 1769, Denver CO 80201 US
Phone: +1.7208009072
Ext:
Fax: +1.7209758725
Fax Ext:
Email: https://www.name.com/contact-domain-whois/jacobkreist.com

### Tech Contact
Name: Whois Agent
Organization: Domain Protection Services, Inc.
Mailing Address: PO Box 1769, Denver CO 80201 US
Phone: +1.7208009072
Ext:
Fax: +1.7209758725
Fax Ext:
Email: https://www.name.com/contact-domain-whois/jacobkreist.com

### Registrar
WHOIS Server: whois.name.com
URL: http://www.name.com
Registrar: Name.com, Inc.
IANA ID: 625
Abuse Contact Email: abuse@name.com
Abuse Contact Phone: +1.7203101849

### Status
Domain Status: autoRenewPeriod
https://www.icann.org/epp#autoRenewPeriod
Domain Status: clientTransferProhibited
https://www.icann.org/epp#clientTransferProhibited

### Important Dates
Updated Date: 2019-01-17
Created Date: 2018-01-16
Registrar Expiration Date: 2019-01-16

### Name Servers
ns1ovw.name.com
ns2fgp.name.com
ns3bgq.name.com
ns4blx.name.com

### Raw WHOIS Record

```
Domain Name: JACOBKREIST.COM
Registry Domain ID: 2213742296_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.name.com
Registrar URL: http://www.name.com
Updated Date: 2019-01-17T06:05:57Z
Creation Date: 2018-01-16T18:45:40Z
Registrar Registration Expiration Date: 2019-01-16T18:45:40Z
Registrar: Name.com, Inc.
Registrar IANA ID: 625
```

Jacob Vigil, 1200 Landman Dr NE, Albuquerque, NM 87112 * Telephone (505) 359-0535