UNITED STATES DISTRICT COURT for the DISTRICT OF NEW MEXICO

Civil Action No. 19-72 LF KK

JACOB VIGIL

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 3 2019

MITCHELL R. ELFERS
CLERK

Plaintiff

-vs-

MARCUS GOLDFINCH

Defendant

## AFFIDAVIT

I, JACOB VIGIL, of Albuquerque , in Bernalillo, New Mexico, MAKE OATH AND SAY THAT:

As the Plaintiff in Civil Action No. 19-72 LF/KK, I am responding to the order to show cause. I have been working diligently to identify and locate the Defendant.
I have identified him, however his home address is not known to me. The web domain registrars will not turn over the information regarding the Defendant's address to me personally but they will respond to a court ordered subpoena.

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SUBSCRIBED AND SWORN TO BEFORE ME,
on the 13th day of September, 2019
Signature _____(seal)

NOTARY PUBLIC
My Commission expires: _____

(Signature)
JACOB VIGIL