From: Jacob Vigil. Phone #:5055104226 Thu Dec 12 23:05 2019   2 of 3

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JACOB VIGIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.   Case # 1:19-cv-00072 |
| MARCUS GOLDFINCH | ) |
| | ) |
| Defendant. | ) |
| | ) |

## REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO SERVE SUMMONS AND COMPLAINT

COMES NOW, Plaintiff, JACOB VIGIL  hereby moves this Honorable Court for an

Order extending the time within which to effectuate service of process filed herein on Defendant,

MARCUS GOLDFINCH.

DATED this 12 day of December, 2019.

By Jacob Vigil
1200 Landman Dr NE
Albuquerque, New Mexico 87112

## MEMORANDUM OF POINTS

Plaintiff is seeking leave of this Honorable Court to extend the time within which to

effectuate service of process of the Summons and Complaint on Defendant.

Plaintiff was unable to personally serve the Defendant with the Summons and Complaint and therefore requests the Court to enter an Order for Service by Publication.

Plaintiff also now requests extension of time within which to effectuate service of process of the Summons and Complaint on Defendant for a period of thirty (30) days for completion of publication of the Summons.

Plaintiff respectfully requests that her Request for Extension of Time Within Which to Serve Summons and Complaint in the above-entitled action be granted.

DATED this 12 day of December, 2019.

INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| December 12, 2019 at 4:07:14 PM MST | FaxZero.com | 75 | 3 | Received |

From: Jacob Vigil. Phone #:5055104226 Thu Dec 12 23:05 2019                                        1 of 3

## Recipient Information

**To:  Clerk's Office**
**Company: Case#: 1:19-cv-00072**
**Fax #: 15053482028**

**faxZERO.com**
*send a fax for free*

## Sender Information

**From: Jacob Vigil**
**Company: Case#: 1:19-cv-00072**
**Email address: JacobVigil@infiniteplanesociety.com (from 73.26.91.235)**
**Phone #: 5055104226**
**Sent on: Thursday, December 12 2019 at 5:58 PM EST**

REQUEST FOR EXTENSION OF TIME WITHIN WHICH

TO SERVE SUMMONS AND COMPLAINT

**Case#: 1:19-cv-00072**

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #25791210. We will add your fax number to the block list.