Case 1:19-cv-00072-JB-KK    Document 17    Filed 02/27/20    Page 1 of 2

From: jacob vigil. Phone #:5055104226 Wed Feb 26 23:23 2020                    1 of 2

## Recipient Information

**To:  Clerk**
**Fax #: 15053482028**



## Sender Information

**From: jacob vigil**
**Email address: tim@timozman.space (from 73.26.91.235)**
**Phone #: 5055104226**
**Sent on: Wednesday, February 26 2020 at 6:17 PM EST**

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #26259857. We will add your fax number to the block list.

From: jacob vigil. Phone #:5055104226 Wed Feb 26 23:23 2020          2 of 2

Case 1:19-cv-00072-JB-KK     Document 17     Filed 02/27/20     Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JACOB VIGIL,                          )
                                      )
                 Plaintiff,           )
                                      )
vs.                                   )          CASE NO.     Case # 1:19-cv-00072
MARCUS PAUL GOLDFINCH                 )
                                      )
                 Defendant.           )


## MOTION FOR EXTENSION OF TIME

Plaintiff has been unsuccessful in obtaining the present address of Marcus Paul Goldfinch. Plaintiff requests another thirty days to determine an address where the Defendant can be served.

The Defendant is deliberately avoiding service papers and has registered several more domains infringing the Plaintiff's trademarks, including Timozman.Dev, Timozman.Live, and JacobVigil.com. The Defendant is flagrantly flaunting the laws and the courts authority.

Plaintiff requests that the court subpoena the domain registrar for the infringed upon domains as Plaintiff lacks the authority. There is no other way to determine Defendant Marcus Goldfinch's present serving address.


JACOB VIGIL_____ FEBRUARY 26, 2020

The name, address, e-mail address, and telephone number of the attorney representing (self-representing), requests this subpoena be delivered or sent electronically:
Jacob Vigil, 1200 Landman Dr NE , Albuquerque, New Mexico 87112
tim@timozman.space, 505-510-4226