**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JACOB VIGIL,

        Plaintiff,

vs.                                                                                        No. CIV 19-0072  JB/KK

MARCUS GOLDFINCH,

        Defendant.

**FINAL JUDGMENT**

        **THIS MATTER** comes before the Court on the Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed February 13, 2020 (Doc. 18)("MOO").  In the MOO, the Court dismisses the case without prejudice.  See MOO at 9.  With no more claims, issues, or parties before the Court, the Court enters Final Judgment.

        **IT IS ORDERED** that: (i) the Complaint for Damages and Injunctive Relief, filed January 25, 2019 (Doc. 1), is dismissed without prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Jacob Vigil
Albuquerque, New Mexico

        *Plaintiff pro se*